## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re
ROBERT C. JOHNSON, JR.,
                    Debtors.

IN PROCEEDINGS UNDER
CHAPTER 13
CASE NO.: 16-11048-JNF

### MOTION OF DEBTOR TO EXTEND TIME WITHIN WHICH TO RESPOND TO MOTION OF  FEDERAL NATIONAL MORTGAGE ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES the Debtor, Robert C. Johnson, Jr., and hereby requests, pursuant to Fed. R. Bankr. Pro. 9006(b)(1), an extension of time within which to respond to the Motion of the Federal National Mortgage Association for Relief from the Automatic Stay from August 18, 2017 until August 25, 2017. As grounds, therefor, the Debtors state as follows:

1.  Debtor's Counsel will be on vacation in Colorado with his family for the period from August 12, 2017 through August 21, 2017 and will not have access to the necessary computer systems with which to respond to the Motion of the Federal National Mortgage Association for Relief from the Automatic Stay; and

2.  The Debtor requires a brief additional period of time in order to be able to determine an appropriate course of action in response to the filing of the Motion of the Federal National Mortgage Association for Relief from the Automatic Stay.

08/10/2017 Allowed